

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Nina Massen
212.471-4448 direct
212.583.9600 main
646.417.7534 fax
nmassen@littler.com

January 11, 2021

**VIA ECF FILING**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

> Re:     Luis Batista v. Palm West Corporation et al.
>           1:19-cv-04455 (LJL)

Dear Judge Liman:

We are counsel to all Defendants in the above action.   We are receipt of the Court's Order (Dkt. No. 64) requesting that the parties call into the Court on January 14, 2021 at 10:00 a.m. to discuss the request for an extension of time to settle the matter.

I write to respectfully request that an alternative date be selected because I am scheduled to participate in a court-mandated mediation at that time concerning a different case.

Respectfully submitted,

Nina Massen

Cc:     Melissa Mendoza, Esq., Plaintiff's Counsel (by PDF)

*The parties are directed to jointly propose alternative dates and times for the conference for a date in mid-January.*

*SO ORDERED.  1/11/2021.*

LEWIS J. LIMAN
United States District Judge